### 130 WOOD (Guardian) vs. CIRCUIT JUDGE (Wayne), 48 M., 641.

To compel respondent to dismiss an appeal from the Probate Court on the ground that the surety's name to the appeal bond was signed by "the attorney in fact" of the surety.

Denied April 5, 1882.